BERNIE DOHERTY *v.* UNITED STATES

No. 6471.—Invoice dated Montreal, Canada, October 11, 1945.
Certified October 12, 1945.
Entered at Ashtabula, Ohio, October 22, 1945.
Entry No. 21.

(Decided October 28, 1946)

Plaintiff not represented by counsel.

*Paul P. Rao*, Assistant Attorney General (*Howard Harawitz*, special attorney), for the defendant.

MOLLISON, Judge: This is an appeal for reappraisement covering certain knitting needles imported from Canada and entered at the port of Ashtabula, Ohio. The needles in question were invoiced at $1.30 per dozen packages and entered at that value plus 8 per centum sales tax, all in Canadian funds. They were appraised at $1.90, Canadian funds, sales tax and packing included.

When the case was called for trial the plaintiff appeared personally and conceded the correctness of the appraisement and requested submission of the case on the official record, in which request counsel for the defendant joined.

Upon the record so made I find that the value of the merchandise in issue is that returned by the appraiser, and judgment will issue accordingly.

GLOBE SHIPPING CO., INC., ET AL. *v.* UNITED STATES

No. 6472.—Invoices dated London, England, February 23, 1946, etc.
Entered at New York, N. Y., March 12, 1946, etc.
Entry No. 642, etc.

(Decided October 29, 1946)

*John D. Rode* for the plaintiffs.

*Paul P. Rao*, Assistant Attorney General, for the defendant.

OLIVER, Presiding Judge: The appeals for reappraisement listed in schedule A, hereto attached and made a part hereof, have been submitted for decision upon the following stipulation of counsel for the parties hereto:

(Stipulation omitted.)

On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are the appraised values, less the additions made by the importers on entry because of advances by the appraiser in similar cases.

Judgment will be rendered accordingly.